UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DESHAWN BARNES, | No. 2:25-cv-0631 AC P |
| Petitioner, | |
| v. | ORDER |
| ROBERTSON, et al., | |
| Respondents. | |

Petitioner, a county prisoner proceeding pro se, has filed a petition for a writ of habeas corpus. The petition challenges the same state court proceedings and alleges the same violations as the original and first amended petition in Barnes v. Stone, No. 2:25-cv-0560 CKD. It therefore appears that this action was opened in error and the petition is intended as an amended petition in the earlier filed Barnes v. Stone.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to file the petition (ECF No. 1) in this case as a second amended petition in Barnes v. Stone, No. 2:25-cv-0560 CKD.

2. This case is closed.

DATED: February 27, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE