UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DESHAWN BARNES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ROBERTSON, et al.,<br><br>　　　　　Respondents. | No. 2:25-cv-0631 AC P<br><br><br>ORDER |

　　　　Petitioner is a state prisoner proceeding pro se. By order filed February 28, 2025, the undersigned determined that the petition filed in this case should have been filed as an amended petition in <u>Barnes v. Stone</u>, No. 2:25-cv-0560 CKD, and ordered this action closed. ECF No. 3. Petitioner has now filed a request for release and to arrest the Amador County Sheriff and a letter that appears to request the same relief. ECF Nos. 4, 5. This action is closed, a fact of which petitioner appears to be aware since he attached a copy of the order closing this case, and the motion is therefore DENIED.

　　　　**IT IS SO ORDERED.**

DATED: March 19, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Allison Claire_
　　　　　　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE