UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DESHAWN BARNES, | No.  2:25-cv-0631 AC P |
| Petitioner, | |
| v. | ORDER |
| ROBERTSON, et al., | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se.  By order filed February 28, 2025, the undersigned determined that the petition filed in this case should have been filed as an amended petition in Barnes v. Stone, No. 2:25-cv-0560 CKD, and ordered this action closed.  ECF No. 3. Petitioner has filed motion to file charges on a state court judge and to be released on bond.  ECF Nos. 7, 8.  This action is closed, a fact of which petitioner appears to be aware since he attached a copy of the order closing this case to prior motion.  ECF No. 4 at 8.  The motions are therefore DENIED and any further filings in this action will be disregarded.

**IT IS SO ORDERED.**

DATED: March 31, 2026

_allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE